UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| SPARK MULTINATIONAL, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | EP-22-CV-00030-FM |
| YONG XING LIMITED, | § § § | |
| Defendants. | § | |

# FINAL JUDGMENT

On March 17, 2023, the court entered granted default judgment against Defendant Yong Xing Limited and in favor of Plaintiff Spark Multinational, LLC.[1] In accordance with the judgment, the court enters its Final Judgment pursuant to Federal Rule of Civil Procedure 58 as follows:

1. It is **HEREBY ORDERED** that the cause is **DISMISSED WITH PREJUDICE**.

2. It is **FURTHER ORDERED** all pending motions, if any, are **DENIED AS MOOT**.

3. The Clerk of the Court is **INSTRUCTED** to **CLOSE** the cause.

**SIGNED AND ENTERED** this **20th** day of **January 2023.**

_____
FRANK MONTALVO
UNITED STATES DISTRICT JUDGE

---

[1] "Order Granting Default Judgment," ECF No. 13, entered Mar. 17, 2023.

1